Personal Loan and Savings Bank, Appellant, v. John W. Anderson and W. J. Walls, Appellees.

Gen. No. 40,973.

opinion filed December 13, 1939. Reginald C. Darley, for appellant; Oscar G. Wahlgren, of counsel; no appearance for appellees. Opinion by JUSTICE BURKE. "Not to be published in full."